IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MOUNTAIN VALLEY PIPELINE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:19cv151 |
| 1.81 ACRES OF LAND OWNED BY ROBERT M. JONES, et al., | ) |
| Defendant. | ) |

PLAINTIFF'S MOTION TO EXCLUDE
TESTIMONY BY PAUL A. RUBIN

Plaintiff Mountain Valley Pipeline, LLC ("MVP"), by counsel, moves to exclude testimony by defendants' witness, Paul A. Rubin. MVP is separately filing a supporting memorandum.

Respectfully submitted,

MOUNTAIN VALLEY PIPELINE, LLC

By Counsel

Wade W. Massie
 VSB No. 16616
Seth M. Land
 VSB No. 75101
Mark E. Frye
 VSB No. 32258
PENN, STUART & ESKRIDGE
P. O. Box 2288
Abingdon, VA  24212
Telephone:  276-628-5151
Facsimile:  276-628-5621
wmassie@pennstuart.com
sland@pennstuart.com
mfrye@pennstuart.com

By  */s/ Wade W. Massie*
      Wade W. Massie

CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of June, 2019, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

      */s/ Wade W. Massie*
      Wade W. Massie

2

Abingdon: 1086947-1
Case 7:19-cv-00151-EKD-RSB   Document 10   Filed 06/14/19   Page 2 of 2   Pageid#: 23